UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KEVIN AND LESLIE WILSON, Individually and as Next Friend of COLBY WILSON, a Minor, and JAMES WILSON, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:09-CV-34 (TJW-CE) |
| UNITED STATES OF AMERICA, | § § | BENCH TRIAL |
| Defendant | § | |

**FINAL JUDGMENT**

On May 17, 2010, the Court entered its Findings of Fact and Conclusions of Law, ordering that Defendant is liable to Plaintiff. *See* Dkt. 77. Finding no further issues, parties or claims before the Court, the Court here enters its final judgment pursuant to Fed. R. Civ. P. 58(a).

It is thus **ORDERED, ADJUDGED AND DECREED** that final judgment is entered for Plaintiff.

It is **ORDERED** that Defendant is liable to Plaintiffs and shall pay Plaintiff $188,218.61.

It is further **ORDERED** that post-judgment interest shall only be payable to the extent authorized by federal law, and, if so authorized, shall accrue on all of the above amounts at the maximum rate allowable by federal law.

It is further **ORDERED** that the Court approves attorney's fees payable by Plaintiff to Law Office of Mike C. Miller, P.C., in the amount of 25% of the total judgment.

It is further **ORDERED** that Defendant shall pay Plaintiff's taxable court costs.

This judgment is final as to all of Plaintiff's claims.  Any pending motions not expressly granted are hereby **DENIED**.  All relief not expressly granted herein is **DENIED**.  This is a **FINAL JUDGMENT.**

SIGNED this 28th day of May, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE